IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NANCY BORDEAU,

    Plaintiff,

v.

                                    Case No. 20-cv-282-jdp

NORTHERN SERVICE BUREAU
ESCANABA, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Nancy Bordeau against defendant Northern Service Bureau Escanaba, Inc. in the amount of $1001.00.

    s/V. Olmo, Deputy Clerk        5/14/2020
    Peter Oppeneer, Clerk of Court    Date